UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-03730 |
| William Cribbs | ) | (Jointly Administered) |
| Renae Cribbs | ) | Chapter: 13 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISALLOWING THE CLAIM OF OAK HARBOR CAPITAL IV, LLC**

THIS MATTER coming to be heard on the Debtors' OBJECTION TO THE CLAIM OF OAK HARBOR CAPITAL IV, LLC, this Court having jurisdiction and due notice being given to all parties in interest, this Court orders that the claim of Oak Harbor Capital IV, LLC (number 2, filed 3/5/2012) is disallowed in its entirety.

Enter: *(signed)* Eugene R. Wedoff

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: March 20, 2014

**Prepared by:**

Ashley Chike
Geraci Law, L.L.C.
55 E. Monroe St., Suite 3400
Chicago, IL 60603